AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Justin Spearman<br><br>Defendant(s) | )<br>)<br>) Case No. 4:15MJ245<br>)<br>)<br>)<br>) |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 07 2015
BY DAVID J. MALAND, CLERK
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __7/6/15__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1343 | Wire Fraud |

This criminal complaint is based on these facts:
See the attached affidavit of Special Agent Richard Velasquez, FBI

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Richard Velasquez
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/07/2015

_____
Judge's signature

City and state: Sherman, TX

Honorable Christine Nowak, Magistrate Judge
Printed name and title